No. 68875.—Panation Trade Co. *v.* United States, protests 61/2708, 61/21535, and 62/6116 (New York).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of Abstract 66761, the claim of the plaintiff was sustained.

No. 68876.—Catholic Manufacturing Co., Inc. *v.* United States, protest 63/13175 (New York).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets, with the beads strung on wire, similar in use to those the subject of *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), and the same in all material respects as the merchandise involved in Abstract 66761, the claim of the plaintiff was sustained.